IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN MACHO,** <br><br> Plaintiff, <br><br> v. <br><br> **CDCR, et al.,** <br><br> Defendants. | Case No. C 11-5721 WHA <br><br> [PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OT TIME TO FILE A DISPOSITIVE MOTION** |

    Defendants Sepulveda, Carpenter, Ellis, Trent, Javate, and Zamora have requested a sixty-day extension of time, up to and including May 21, 2012, to file a dispositive motion.  The Court, having considered Defendant's request, and good cause having been found:

    IT IS ORDERED that Defendants' request for an extension of time up to and including May 21, 2012 to file a dispositive motion is GRANTED.  Plaintiff's opposition to the dispositive motion, if any, shall be filed with the Court and served on Defendants no later than thirty days from the date of service of the motion.  Defendants shall file a reply brief no later than fifteen days after the date of service of the opposition.  The motion shall be deemed submitted as of the

1

[Proposed] Order Granting Motion for an Extension of Time (C 11-5721 WHA)

1  date the reply brief is due. No hearing will be held on the motion unless the court so orders at a
2  later date.

3  Dated: April 2, 2012

4  _____
   The Honorable William Alsup